■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BANNISTER, Appellant. [701 NYS2d 618] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered May 20, 1997, convicting him of rape in the first degree, sodomy in the first degree, and unlawful imprisonment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witness (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the evidence (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review. Ritter, J. P., Altman, Schmidt and Smith, JJ., concur.